AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

FILED
DEC 29 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

| UNITED STATES OF AMERICA | COMMITMENT TO ANOTHER |
| V. | DISTRICT |

RICARDO MEDINA - RAMIREZ

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 1:11-MJ-00282 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ Indictment  ☐ Information  ☐ Complaint  ☒ Other (specify) _Petition_

charging a violation of ____ U.S.C. §

**DISTRICT OF OFFENSE** _Southern of California_

**DESCRIPTION OF CHARGES:**

_Violation of Probation, Supervision_

**CURRENT BOND STATUS:**

☐ Bail fixed at ____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | ☒ Federal Defender Organization | ☐ CJA Attorney | ☐ None |

| Interpreter Required? | ☐ No | ☒ Yes | Language: _Spanish_ |

**DISTRICT OF**

## TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_12/28/11_
Date

SANDRA M. SNYDER, United States Magistrate Judge

### RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |